IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

KELLY BRUMLEY,

    Plaintiff,

v.                                                                        Case No. 2:19-cv-2694-MSN-cgc
                                                                       JURY DEMAND

CORRECT CARE SOLUTIONS, LLC and
BILL KISSEL,

    Defendants.

---

**JUDGMENT**

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed December 29, 2017,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendants' Motion for Summary Judgment (ECF No. 39), entered September 21, 2021, all remaining claims in this matter are hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

September 21, 2021
Date